UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Deborah Kyzer and Madison Caraway,<br><br>Plaintiffs,<br><br>v.<br><br>Jahaad Neheem Daniel Wilfong and New Prime, Inc.,<br><br>Defendants. | ) | C.A. No.: 3:26-cv-02476-SAL<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned C. Fredric Marcinak, III of Moseley Marcinak Law Group LLP hereby gives notice of appearance in the above-entitled action on behalf of Defendants Jahaad Neheem Daniel Wilfong and New Prime, Inc.

Respectfully submitted,

s/ C. Fredric Marcinak
C. Fredric Marcinak (Bar # 9816)
Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, SC 29616
(864) 248-6025
(864) 248-6035 (Fax)
Fred.Marcinak@momarlaw.com
*Attorney for Defendants*

October 5, 2026