**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| Deborah Kyzer and Madison Caraway,<br><br>Plaintiffs,<br><br>v.<br><br>Jahaad Neheem Daniel Wilfong and New Prime, Inc.,<br><br>Defendants. | ) | **C.A. No.: 3:26-cv-02476-SAC**<br><br>**DEFENDANTS JAHAAD NEHEEM DANIEL WILFONG AND NEW PRIME, INC.'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES** |

Defendants Jahaad Neheem Daniel Wilfong and New Prime, Inc. (hereinafter referred to collectively as "Defendants"), by and through their undersigned counsel, respond to Local Rule 26.01 Interrogatories as follows:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE:**

**None to the knowledge of Defendants.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE:**

**The Defendants request a jury trial on all factual issues to triable.**

(C) State whether the party submitting these responses is a publicly-owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**RESPONSE:**

**The Defendants are not affiliated with any publicly traded company.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

**RESPONSE:**

**The Plaintiff alleges that events forming the basis of the Complaint occurred in Lexington County, South Carolina, which is in the Columbia Division.**

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE:**

**None known to Defendants.**

(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE:**

**Not applicable.**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**RESPONSE:**

**At this time, the Defendants do not assert any person or legal entity not a party to this litigation is liable to Plaintiff or Defendants. However, the investigation into the facts and circumstances is ongoing and, therefore, Defendants reserve the right to amend such position.**

This 16th day of October, 2026.

s/ C Fredric Marcinak__________
C. Fredric Marcinak (Fed. Bar #9816)
Cole Goode (Fed. Bar #14191)
Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, South Carolina 29616
(864)248-6025 (864)248-6035 (Fax)
Fred.marcinak@moamrlaw.com
Cole.goode@momarlaw.com
*Attorneys for Defendants*