IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Deborah Kyzer and Madison Caraway,<br><br>Plaintiffs,<br><br>v.<br><br><br>Jahaad Neheem Daniel Wilfong<br>and New Prime, Inc.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CA: 3:26-cv-2476-SAC<br><br><br>**RULE 26(f) REPORT** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

*[Signatures on the Following Page]*

s/C.Fredric Marcinak
C. Fredric Marcinak (Fed. Bar No. 9816)
Cole J. Goode (Fed. Bar No. 14191)
Moseley Marcinak Law Group LLP
PO Box 26 148
Greenville, South Carolina 29616
(864) 248-6025 (864) 248-6035 (Fax)
Fred.Marcinak@momarlaw.com
Cole.Goode@momarlaw.com
*Attorney for Defendants.*

s/James G. Biggart II
James G. Biggart II
Federal ID: 14195
SC Bar No.: 106477
Cooper Klaasmeyer, Esq.
Federal ID: 14272
4401 Belle Oaks Drive
Third Floor
North Charleston, SC 29405
(850) 973-5186 Direct
(850) 947-6113 Fax
Jbiggart@forthepeople.com
Cooper.klaasmeyer@forthepeople.com
*Attorney for Plaintiffs*

October 22, 2026