IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Deborah Kyzer and Madison Caraway,<br><br>Plaintiffs,<br><br>v.<br><br><br>Jahaad Neheem Daniel Wilfong<br>and New Prime, Inc.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CA: 3:26-cv-2476-SAC<br><br>**JOINT RULE 26(f)**<br>**DISCOVERY PLAN** |

Plaintiffs, Deborah Kyzer and Madison Caraway and Defendants Jahaad Neheem Daniel Wilfong and New Prime, Inc., (collectively hereinafter the "Parties"), having consulted pursuant to Rule 26(f), Fed R. Civ. P., hereby report the following discovery plan:

1. What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made.

**The parties have agreed to a Consent Scheduling Order being filed concurrently with this discovery plan.**

2. The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.

**Discovery will be required on issues of both liability and damages. The Defendants are located out of state which could impact scheduling of depositions, and the Plaintiffs are working to identify an additional alleged tortfeasor who may be added as a defendant in the**

**case. Thus, the parties request the extension of deadlines contained in the Amended Scheduling Order.**

3. Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.

**None known at this time.**

4. Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order.

**The parties will present the Court's standard Confidentiality Order for consideration of the Court to govern production of confidential materials.**

5. What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.

**None known at this time.**

6. Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).

**None known at this time.**

*[Signatures on the Following Page]*

s/C.Fredric Marcinak
C. Fredric Marcinak (Fed. Bar No. 9816)
Cole J. Goode (Fed. Bar No. 14191)
Moseley Marcinak Law Group LLP
PO Box 26 148
Greenville, South Carolina 29616
(864) 248-6025 (864) 248-6035 (Fax)
Fred.Marcinak@momarlaw.com
Cole.Goode@momarlaw.com
*Attorney for Defendants.*

s/James G. Biggart II
James G. Biggart II
Federal ID: 14195
SC Bar No.: 106477
Cooper Klaasmeyer, Esq.
Federal ID: 14272
4401 Belle Oaks Drive
Third Floor
North Charleston, SC 29405
(850) 973-5186 Direct
(850) 947-6113 Fax
Jbiggart@forthepeople.com
Cooper.klaasmeyer@forthepeople.com
*Attorney for Plaintiffs*

October 26, 2026