**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| Deborah Kyzer and Madison Caraway,<br><br>Plaintiffs,<br><br>v.<br><br>Jahaad Neheem Daniel Wilfong and New Prime, Inc.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **C.A. No. 3:26-cv-02476-SAC** |

**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE**

C. Fredric Marcinak, counsel for Defendants, respectfully requests protection from trial or other appearances in the referenced matter for the dates and reasons submitted henceforth:

1. March 8, 2027, through and including March 12, 2027, due to travel out of town.

2. June 21, 2027, through and including June 25, 2027, due to travel out of town.

Respectfully submitted on this 13th day of November, 2026.

s/C. Fredric Marcinak
C. Fredric Marcinak (Fed. Bar # 9816)
Cole J. Goode (Fed.Bar # 14191)
Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, SC 29616
(864) 248-6025
(864) 248-6035 (Fax)
Fred.Marcinak@momarlaw.com
Cole.Goode@momarlaw.com
*Attorneys for Defendants*