**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| Deborah Kyzer and Madison Caraway,<br><br>Plaintiffs,<br><br>v.<br><br>Jahaad Neheem Daniel Wilfong and New Prime, Inc.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **C.A. No. 3:26-cv-02476-SAC**<br><br>**CONSENT MOTION FOR CONFIDENTIALITY ORDER** |

CONSENT:

The attached proposed Confidentiality Order is requested:

☒ by consent of all parties.

CONTENT:

The attached proposed Confidentiality Order:

☒ has been revised by deleting the Reading Room provision, but no other changes have been made (*redlined copy not required*).

[SIGNATURE PAGE ATTACHED]

**WE SO MOVE:**

s/C.Fredric Marcinak________________
C. Fredric Marcinak (Fed. Bar No. 9816)
Cole J. Goode (Fed. Bar No. 14191)
Moseley Marcinak Law Group LLP
PO Box 26 148
Greenville, South Carolina 29616
(864) 248-6025 (864) 248-6035 (Fax)
Fred.Marcinak@momarlaw.com
Cole.Goode@momarlaw.com
*Attorney for Defendants.*

**WE SO CONSENT:**

s/James G. Biggart II___________________
James G. Biggart II
Federal ID: 14195
SC Bar No.: 106477
Cooper Klaasmeyer, Esq.
Federal ID: 14272
4401 Belle Oaks Drive
Third Floor
North Charleston, SC 29405
(850) 973-5186 Direct
(850) 947-6113 Fax
Jbiggart@forthepeople.com
Cooper.klaasmeyer@forthepeople.com
*Attorney for Plaintiffs*

November 16, 2026